UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA        )
                                )        Case No. 1:10-cr-209
        v.                      )
                                )        Sentencing: March 25, 2011
TONY TUNG TRAN,                 )
                                )        Hon. Liam O'Grady
        Defendant.              )

## DECLARATION OF SPECIAL AGENT ROSEMARIA MARKETOS

1. I am a Special Agent with the United States Secret Service assigned to the Washington Field Office. I have been assigned to the investigation of financial crimes, including bank fraud, for more than two years.

2. I have worked with Detective Charles Pak of the Alexandria Police Department to determine the losses incurred by financial institutions as a result of the bank fraud scheme committed by Tony Tran that resulted in his prosecution in the United States District Court for the Eastern District of Virginia. As part of this analysis, I have reviewed credit card statements, bank records, and documents obtained from merchants in the course of the government's investigation into Tran's conduct. Below I summarize the evidence relating to the losses calculated for this case.

3. As detailed further in the indictment, from in or about March 2009 through in or about June 2009, Tony Tran executed a scheme to defraud the financial institutions that had issued credit cards to Tran. As part of the scheme, Tran (i) submitted fraudulent online payments to his credit card accounts in order to create a temporary increase in his available credit, (ii) obtained several thousand dollars worth of property and money before the fraudulent payments were denied due to insufficient funds, and (iii) failed to repay the credit obtained on

those credit card accounts. Tran made these fraudulent payments by purporting to transfer funds online from Tran's bank accounts when he knew the accounts did not in fact have these funds available.

4. As summarized in government trial exhibit 302, from March to June 2009, Tran purported to transfer approximately $598,846.90 online from Tran's bank accounts at Wachovia and Bank of America to credit cards issued by Chase, Citibank, Discover, and National City Bank. All of these online payments were denied for insufficient funds.

5. From March to June 2009, typically within 1-3 days after Tran made fraudulent online transfers to his credit card, Tran used his credit cards to make purchases or receive cash advances totalling approximately $196,273.95. Specifically, Tran purchased diamond solitaire stones and other jewelry for approximately $115,933.50; engaged in online currency trading using funds obtained with his credit cards for a total of approximately $36,516.98; obtained cash advances at banks totalling approximately $31,800.00; obtained cash advances and spent approximately $6,681.87 at casinos in Atlantic City; and purchased approximately $5,341.60 in goods at Best Buy. The individual transactions are detailed in a spreadsheet attached as Exhibit A to this affidavit.

6. For all of the above-listed transactions, the resulting losses were incurred by the financial institutions that issued Tran's credit cards, rather than the banks from which the online transfers were purportedly made or the merchants that processed the transactions. The following institutions suffered losses due to Tran's fraudulent conduct:

| Bank Victim | Amount |
| --- | --- |
| Chase Bank USA, N.A. | $95,138.58 |
| Citibank S.D., N.A. | $67,988.48 |

2

| | |
|---|---|
| Discover Bank | $23,446.89 |
| National City Bank | $ 9,700.00 |

7. As part of the government's investigation of Tony Tran, and during execution of a search warrant at Tran's residence in March 2010, I interviewed a woman identified here as Kim D. Kim D. stated that she was Tony Tran's girlfriend, and she lived at Tran's residence during the time in which Tran conducted the above-described fraud.

8. In a written statement signed by Kim D., attached as Exhibit B to this affidavit, Kim D. stated that she and Tran used their credit cards to purchase diamonds in order to obtain cash for gambling and to pay the mortgage on Tran's house and his car loan. Kim D. stated that she made ten or more payments towards Tran's car loan and that she and Tran together bought a diamond at a jewelry store in March 2009.

9. As part of the government's investigation, Detective Pak and I reviewed credit card statements and bank records relating to transactions engaged in by Kim D. Those records showed that from March 3, 2009 through March 14, 2009, Kim D. purported to make payments totalling $87,537.81 to three credit cards issued by Capital One, Bank of America, and HSBC. Those payments all were returned for insufficient funds or because the transfers were made from invalid accounts.

10. During the above time period following Kim D.'s purported payments, Kim D. used her credit cards to engage in transactions totalling approximately $41,178.49. Those transactions included the following:

| Date | Transaction | Amount | Credit Card Issuer |
|---|---|---|---|
| March 4, 2009 | Sa-Mai Jewelry | $8,450.00 | Capital One |
| March 4, 2009 | Sa-Mai Jewelry | $6,499.99 | HSBC |

3

| | | | |
|---|---|---|---|
| March 4, 2009 | Cash advance | $2,000.00 | HSBC |
| March 5, 2009 | Cash advance | $5,000.00 | Bank of America |
| March 7, 2009 | Sa-Mai Jewelry | $9,699.50 | Capital One |
| March 11, 2009 | Linh Gems | $5,029.00 | Capital One |
| March 11, 2009 | Cash advance | $4,500.00 | Capital One |

11. During execution of the March 2010 search warrant at Tran's residence, the government obtained a stapled set of typed and handwritten notes, admitted into evidence at trial as government exhibit 205. Redacted excerpts of that document are attached as Exhibit C to this affidavit. In addition to notes relating to Tran's credit card accounts, pages 2 and 3 of Exhibit C include references to accounts held by Kim D., login names and email addresses associated with those accounts, and what appear to be balances owed on those accounts. The final page of Exhibit C contains a redacted Equifax credit report for Kim D.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18 , 2011.

Special Agent Rosemaria Marketos
United States Secret Service

---

[1] Although, at the request of the defendant, Kim D.'s credit report was not included at trial as part of government trial exhibit 205, the document was found during the search warrant with the same set of documents that constituted exhibit 205.

4

# EXHIBIT A

| Credit Card Number | Credit Card Financial Institution | Date | Transaction | Details of Transaction | Amount |
|---|---|---|---|---|---|
| 2488 | Citicards | 3/23/2009 | Cash Advance | Citibank | $500.00 |
| 2434 | JP Morgan Chase | 3/23/2009 | Cash Advance | Citibank | $1,400.00 |
| 5463 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $1,000.00 |
| 5463 | JP Morgan Chase | 3/24/2009 | Currency Trading | Forex Capital Markets | $5,000.00 |
| 5463 | JP Morgan Chase | 3/24/2009 | Purchase | NGOC Long Jewelry | $13,300.00 |
| 8176 | JP Morgan Chase | 3/24/2009 | Purchase | NGOC Long Jewelry | $9,500.00 |
| 3529 | JP Morgan Chase | 3/24/2009 | Cash Advance | Bank of America | $5,000.00 |
| 7467 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $11,500.00 |
| 7467 | JP Morgan Chase | 3/24/2009 | Purchase | NGOC Long Jewelry | $4,500.00 |
| 7467 | JP Morgan Chase | 3/24/2009 | Cash Advance | Wachovia | $5,000.00 |
| 0943 | JP Morgan Chase | 3/24/2009 | Currency Trading | Forex Capital Markets | $7,500.00 |
| 0943 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $2,200.00 |
| 2434 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $4,800.00 |
| 0666 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $7,500.00 |
| 0666 | JP Morgan Chase | 3/24/2009 | Purchase | BT Jewelers | $7,000.00 |
| 0666 | JP Morgan Chase | 3/24/2009 | Cash Advance | Wachovia | $5,000.00 |
| 0248 | National City Corporation | 3/24/2009 | Purchase | BT Jewelers | $4,700.00 |
| 0248 | National City Corporation | 3/24/2009 | Cash Advance | Citibank | $5,000.00 |
| 5463 | JP Morgan Chase | 3/25/2009 | Purchase | Best Buy | $606.89 |
| 8176 | JP Morgan Chase | 3/25/2009 | Purchase | Best Buy | $399.74 |
| 7467 | JP Morgan Chase | 3/25/2009 | Cash Advance | Bank of America | $3,500.00 |
| 4932 | Citicards | 3/26/2009 | Currency Trading | Forex Capital Markets | $3,400.00 |
| 4932 | Citicards | 3/26/2009 | Cash Advance | Wachovia | $4,400.00 |
| 4267 | Discover Financial Services | 3/26/2009 | Purchase | BT Jewelers | $3,050.00 |
| 4267 | Discover Financial Services | 3/26/2009 | Casino | Ballys Park Place, NJ | $2,429.99 |
| 3112 | Discover Financial Services | 3/26/2009 | Purchase | BT Jewelers | $4,150.00 |
| 3112 | Discover Financial Services | 3/26/2009 | Casino | Ballys Park Place Atlantic City, NJ | $1,579.99 |
| 6143 | Discover Financial Services | 3/26/2009 | Casino | Total Relax Center Atlantic City, NJ | $60.00 |
| 6143 | Discover Financial Services | 3/26/2009 | Casino | Total Relax Center Atlantic City, NJ | $150.00 |
| 6143 | Discover Financial Services | 3/26/2009 | Casino | Ballys Park Place Atlantic City, NJ | $962.99 |
| 4267 | Discover Financial Services | 3/27/2009 | Casino | Borgata Resort / Casino  Atlantic City, NJ | $1,066.95 |
| 7467 | JP Morgan Chase | 3/27/2009 | Casino | Cash Advance - Borgata Hotel / Casino | $431.95 |
| 6143 | Discover Financial Services | 3/30/2009 | Purchase | Best Buy | $2,099.99 |
| 2488 | Citicards | 3/31/2009 | Currency Trading | Forex Capital Markets | $3,000.00 |
| 2488 | Citicards | 4/2/2009 | Purchase | Best Buy | $2,234.98 |
| 3112 | Discover Financial Services | 4/2/2009 | Cash Advance | Summit Community Bank | $1,000.00 |
| 3112 | Discover Financial Services | 4/2/2009 | Purchase | Linh Gems / Jewelry | $5,300.00 |
| 3112 | Discover Financial Services | 4/2/2009 | Currency Trading | MICRO Center Fairfax, VA | $146.98 |
| 6143 | Discover Financial Services | 4/2/2009 | Currency Trading | MICRO Center Fairfax, VA | $450.00 |
| 6143 | Discover Financial Services | 4/2/2009 | Cash Advance | Summit Community Bank | $1,000.00 |
| 4932 | Citicards | 6/2/2009 | Currency Trading | Forex Capital Markets | $5,000.00 |
| 4932 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $2,835.00 |
| 7421 | Citicards | 6/2/2009 | Currency Trading | Forex Capital Markets | $10,000.00 |
| 7421 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $86.00 |
| 7421 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $6,825.00 |
| 7421 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $6,930.00 |
| 9117 | Citicards | 6/2/2009 | Currency Trading | Forex Capital Markets | $2,020.00 |
| 9117 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $6,877.50 |
| 9117 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $6,930.00 |
| 9117 | Citicards | 6/2/2009 | Purchase | Thai-Ngyuyen | $6,950.00 |

**$196,273.95**

# EXHIBIT B

City of: _____    Date: __3-25-10__

County of: _____    Page: __1__ of __3__ Pages

State of: _____    File: _____

I, __Kim___████████████████__, have sworn to tell the truth in this statement made to a Special Agent of the U.S. Secret Service.

I have been advised by Special Agent __Rosemarketus__ that I have the right to remain silent; that anything I say can be used against me in court or other proceedings; that I have a right to talk to a lawyer for advice before questioning, and to have him present while I am being questioned; and that if I cannot afford a lawyer and want one, one will be appointed for me by the court. If I decide to answer questions without a lawyer present, I can stop the questioning at anytime. I understand these rights and I am willing to answer questions and make a statement. I do not want a lawyer at this time, and I understand and know what I am doing. No promises or threats have been made to me and no pressures of any kind have been used against me. I am making the following statement freely and voluntarily.

1) Relationship - Tony & ████ -

girlfriend - yes, known for 5yrs, living at current resident for 2yrs / Tony own this house / Tony left for Vietnam for about 10 days / unknown whom took him to the airport / Tony left to vietnam for visiting family, Grandmother is 96 yoa / Tony's dad drive a toyota corolla and he switch between Tony's lexus and his car / The diamons could possibly in the safebot opstair / Tony received money from friend "Mark" and sister from the past / ████ stated that Tony told her he used credit card to pay for mortgage and car loan / Tony also uses credit card to purchased items and when he got money he would pay the credit card balance / Tony used credit card to pay for the lexus / Tony does not make.

25/3/10
KD

Date: _____3/25/10_____

Page: 2 of 3 Pages

File: _____

enough money to pay for everythings / Tony sometimes goes to the casino in Atlantic city to gamble hoping that he'll make some money / 1st time Tony bought diamon with ▮▮▮ knowledge was sometime in 2009 / Tony used credit card to purchase the diamon / Tony told ▮▮▮ that he bought one diamon and sold in December of 2009 / ▮▮▮ & Tony bought a diammon samai store in March 2009 / Diamond was then sold at the casino on the same trip / Tony asked ▮▮▮ to withdrawn money from her credit card for gambling "$5000.00 - $600.00" / Approximately February & march of 2009 / Once received money from the credit card, ▮▮▮ & Tony continued to gamble / ▮▮▮ likes Baccarat & Tony likes Roulette "thirty six numbers" / ▮▮▮ stated that by borrowing money from credit card with low interest rate, she would be able to pay it down the road. / The more money ▮▮▮ borrow from the credit card, the higher minimum payment; ▮▮▮ could not continue to pay the credit card / ▮▮▮ stated she used the credit card to purchased diamonds so that she could sale for cash for gambling, this is because the credit card stop authorized the cash advance anymore /

"▮▮▮ is now stated that she withdrawn the cash out of credit card on her own will." due to her lost in gamble, Tony did not instruct her to do so.

25/3/11

KD

Date: _____3/25/10_____

Page: 3 of 3 Pages

File: _____

Tony using the credit card to purchased diamonds as well and sold them for cash to pay mortgage, car loan, and gamble. / ▓▓▓ stated she made about ten or more payments on the Lexus car loan / Tony choosed to purchase the diamons because. Tony was not able to obtain cash from some of his credit card / ▓▓▓ stated that the reasons for all these credit card purchases was to covered their payments and gamble. / ▓▓▓ & Tony did not know the jewelry retailer to charged the credit cards and split the profits / All the purchases with the intentions to cover payments & gamble. /

I have read the above statement consisting of _3_ pages, and I have been given an opportunity to make corrections. I understand my rights as previously stated, and I have waived these rights. All facts contained herein are true to the best of my knowledge.

X _____ 10.51 AM

Signed and sworn before me this _25_ day of _March 2010_

_____ 3/25/10 10:51 AM
Special Agent, U.S. Secret Service

Witnessed: _____ 3/25/10  10:51 am.

Authority to Administer Oaths: Title 5, U.S. Code, Section 303

KD
25/3/10

# EXHIBIT C



GOVERNMENT
EXHIBIT
205
1:10CR209

## CREDIT CARDS NAME (BANK)

| CREDIT CARDS NAME (BANK) | ACCOUNT NUMBER | LIMIT AMOUNT | PHONE NUMBER FOR SERVICES |
|---|---|---|---|
| | 742? | | |
| Citicard (citicards.com) | 1327(939) | | 33200 1800-967-8500 |
| Citicard (citicards.com) | 4254(123) | | 30000 1888-766-2484 |
| Chase (chase.com) | 0666(028) | | 20000 1800-334-0601 |
| Chase United (chase.com) | 7467(215) | | 25000 1800-537-7783 |
| Bank of America (bankofamerica.com) | 0779(622) | | 20000 1800-732-9194 |
| MBNA (mbnanetaccess.com) | 3812(703) | | 25000 1800-421-2110 |
| Provident (cardmemberservices.com) | 0943(033) | | 10000 1888-200-6071 |
| amazon (chase.com) | 2434(272) | | 7000 1888-247-4080 |
| Realtor (mbnanetaccess.com) | 0997(101) | | 6000 1800-421-2110 |
| Discover (discovercard.com) | 4267(053) | | 6300 1800-347-2683 |
| Discover (discovercards.com) | 2914(354) | | 3000 1800-347-2683 |
| Paypal Plus (paypalplus.gemoney.com) | 1759(356) | | 4400 1866-300-6432 |
| Direct Rewards | 5956(580) | | 4300 1800-379-7999 |
| American Express (americanexpress.com) | 0002(278) | | 31300 1888-blue741 |

total credit lines          225500

K.L:                                    4/3/08                    $ 2000/month → 24 mdns (mps) paid off by 2009

1) gm.com (gmflexcard.com)      $ 5823.64  =    $ minimum                — Countyhide.com (Ken _____)
   Ken _____ (hung 12)                          $ 100 — 9.9%                                           (hung 12)
                                                                          — shell card (shires) — Ken _____
2) hsbc credit card.com         $ 7336.77      @ 140 — 11.24%                                    (hung 12)

   Ken _____ (hung 12):                                                   Ken _____ e

3) Bank of american :           $ 7644.76      $ 183 — 15.24%                        gmbonus.com
   Ken _____ (hung 1 _____)                              10.99%

4) Citicards.com                $ 8501.38      $ 163 — 10.99%
   Ken _____ (holdy 12 _____)

5) Capital one.com (Ken _____   $ 11517.       $ 350                                    gmns ($8,9,10,11,
   hung 12 _____)              ─────────────  ┌──────┐                        $5 mo
6) lexus                        $ 40823.55    │ 936 │
─────────────────────────────────────────────└──────┘
1) ~~chase~~ chase.com    ① 7467 :  [24347.65]  $ [685.00]        17.49%
   a) Tony 8 Tran          ② 0666 :  $ 15833.35 — $ 323.00        3.99% (lifetime $500/mo
   b) US realty grp (8176) custom ③ 2434 : $ 6242.33 — $ 124.00   4.99% lifetime $300/mo
   c) DFT Trading (dfr2 LLC)  ④ 3529  $ 382 — $ 88.00            19.99%
                            ⑤ 0943:  $ 8964.69   $ 163.00        4.99% lifetime  $300/mo
              NTTmls        ⑥ 8176 :  $ 8979.84   $ 227.00        19.99%        8,9
               546               17451.65: $174       $ 349.00   -10.99%   9,15%
2) bank of america.com      ① 0779  $ 7976.32  $ 248
   (LLTran 8885)            ② 3812  $ 15959.28  $ 350            2.99% APR   $400
                            ③ 9244  $ 3829.4  $ 100             9.99% APR   $200
                            ④ 0017  $ 20,707.00  $ 400          15.99% APR  $500
3) discovercard.com         ⑤ 0997  $ 6185.69  $ 100           0% APR
                     tay11 tran ①  4267  $ 4135.84  $ 82        3.9 APR
4) Citycards.com     tay2 tran ②  3112  $ 1857.22  $ 37        3.24% $6600 limit
                     tay 8 tran ③  6113  $ 2790.74  $ 40       3.99%
                 tay11 tran@hotmail ①  7421  $ 26156.22  $ 3.9  13.9%
5) Mutualcity : tay11 tran   tony 8 tran ②  97_  $ 28539.50  $ 600  3.24%
6) countrywide.com (tony2 tran)  US realty grp ①  88_  $ 44414.08  $ 60.73  4.99%  3.99%
8) Bestbuy.com  7021-2712-7930-  ①  4325 (765)  $ 7443.15  $ 150
                                             9 mo  $ 225       224658.41





Equifax Personal Solutions

# EQUIFAX

## 3-in-1 Credit Report as of July 25, 2004

**Name:** KIM ▮▮▮▮  Ken ▮

This 3-in-1 Credit Report is available for you to view until 08/24/2004. If you would like a current 3-in-1 Credit Report, you may order another one in the Member Center.

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Collections | Accounts turned over to collection agencies |
| 5. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 6. Consumer Statment | Letter added to credit file written by consumer |
| 7. Dispute File Information | How to dispute information found on this credit report |

## 1. Personal Information

This 3-in-1 Credit Report is available for you to view until 08/24/2004 If you would like a current 3-in-1 Credit Report, you may order another from Member Center.

**Registration Information**

**Name:** KIM ▮
**Address:**
**Social Security Number:**

**Identification Information**

| | Equifax Reported | Experian Reported | TransUnion Reported |
|---|---|---|---|
| Name: | KIM | KIM | KIM |
| Social Security Number: | | | |
| Age or Date of Birth: | | | |

**Address Information**

| | Equifax Reported | Experian Reported | TransUnion Reported |
|---|---|---|---|
| Address: | | | |
| | SHREWSBURY PA 17361 | GERMANTOWN MD 20876 | GERMANTOWN MD 20876 |
| Date Reported: | 10/2001 | 05/2004 | 05/2004 |
| Address: | Not Reported | Reported | Reported |
| | | LANHAM MD 20706 | LANHAM MD 20706 |
| Date Reported: | | 10/2003 | 09/2003 |
| Address: | Not Reported | Reported | Reported |
| | | HYATTSVILLE MD 20784 | CHEVERLY MD 20784 |